IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


JOHNNY JUNIOR CRAWFORD                                              PLAINTIFF


v.                                Case No. 4:19-cv-4021


SHERIFF JAMES SINGLETON, Hempstead County,
Arkansas; LIEUTENANT HEATH ROSS;
and DEPUTY JERRY CRIDER                                            DEFENDANTS


## ORDER

Before the Court is the Report and Recommendation filed March 24, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 43. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 28) be granted and Plaintiff's claims be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, the Motion for Summary Judgment (ECF No. 28) is **GRANTED**. All of Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of April, 2020.


/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge